E. G. AND S. C. GREENE *v.* JAMES McDONALD, E. A. SOWLES and O. A. BURTON.

May Term, 1900.

Present : TAFT, C. J., ROWELL, TYLER, START, THOMPSON and WATSON, JJ.

Opinion filed May 16, 1900.

*Appeal from chancery decree—Acts 1898, No. 95, sec. 6 and V. S. 981—See opinion.*

CHANCERY.  Heard at the September Term, 1899, Franklin County, before *Munson*, Chancellor.  Decree for the orators.

The decree was filed January 16, 1900, and a motion for an appeal was filed on behalf of the defendants, February 10, 1900.

The allowance of the appeal was filed April 16, 1900.

In the Supreme Court the orators moved to dismiss the appeal.

*Alfred A. Hall* for the orators.

*E. A. Sowles* for the defendants.

PER CURIAM.    A motion for an appeal from a vacation decree must be filed within twenty days from the time the decretal order is filed with the clerk, sec. 6, No. 35, Acts 1898, and at the term in which the decree is made.  Sec. 981, V. S.

*Case dismissed.*